396 A.2d 47

Commonwealth v. Reed, Appellant.

Argued March 28, 1978. Penn B. Glazier, for appellant; J. Kenneff, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.